# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | |
|---|---|
| U. S. SPECIALTY INSURANCE COMPANY,<br>*Plaintiff(s)*<br>v.<br>MICHAEL TODD NEWLIN and CITY OF MARION, ILLINOIS, a municipal corporation,<br>*Defendant(s)* | Case Number: 10-CV-584-DRH |

## DISMISSAL ORDER

The complaint in this case was filed on August 4, 2010. As of this date, the docket sheet does not indicate that service has been made on all defendants within the 120 days authorized by Federal Rule of Civil Procedure 4(m). Rule 4(m) provides: "If a defendant is not served within 120 days after the complaint is filed, the court ... must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Electing to follow the first option, the Court:

☐ Dismisses this action without prejudice.

X Dismisses the following Defendant(s) without prejudice:

**CITY OF MARION, ILLINOIS, a municipal corporation**

IT IS SO ORDERED.

DATED: May 19, 2011

Digitally signed by David R. Herndon
Date: 2011.05.19 12:59:54 -05'00'

**Chief Judge**
**United States District Court**