IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

U.S. SPECIALTY INSURANCE COMPANY,

    Plaintiff,

v.

MICHAEL TODD NEWLIN, and
CITY OF MARION, ILLINOIS, a
municipal corporation,

    Defendants.               No. 10-CV-584-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated May 24, 2011, judgment is entered in favor of the plaintiff, **U. S. SPECIALITY INSURANCE COMPANY** and against the defendant, **MICHAEL TODD NEWLIN,** in that the Court found there is no uninsured motorist insurance coverage for defendant Newlin under the U.S. Speciality policy with respect to the "accident" at issue (on or about February 19, 2009) and that U.S. Specialty Insurance Company is not obligated to provide uninsured motorists insurance coverage for defendant Newlin under the U.S. Specialty policy with respect to the accident.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order of this Court entered May 19, 201, the defendant, **CITY OF MARION, ILLINOIS,** was dismissed without prejudice. That dismissal is now with prejudice. This action is dismissed in its entirety with prejudice.

                                      **NANCY J. ROSENSTENGEL,
CLERK OF COURT**

                                      **BY:**      */s/Sandy Pannier*
                                                        **Deputy Clerk**

Dated: May 24, 2011

Digitally signed by David R. Herndon
Date: 2011.05.24 16:08:56 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT